UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

    Guanah D Davis                      CASE NO: 15-31426

SSN# :   XXX-XX-8328     DEBTOR

**OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN;
MOTION TO DISMISS**

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above-referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of his objection, the trustee would show as follows:

**The proposed plan does not comply with the requirements of 11 USC Section 1322 (a)(2) for the reason that it does not provide for the full payment of each priority unsecured claim.**

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(5) for the reason that it does not provide for the payment of the value of the amount of each allowed secured claim.**

Wherefore, the trustee requests that the court set a hearing on his Objection and Motion, and that it grant such relief as is appropriate and just.

Dated: December 09, 2015                                         Warren L. Tadlock
                                                                        Standing Chapter 13 Trustee
                                                                        5970 Fairview Road, Suite 650
                                                                        Charlotte, NC  28210-2100

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

Guanah D Davis                                                    CASE NO:  15-31426

SSN# :   XXX-XX-8328       DEBTOR

**NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN**

   The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

   **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

   If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by December 31, 2015 at the following address:

   CLERK, U.S. BANKRUPTCY COURT
   401 W TRADE ST.
   CHARLOTTE, NC  28202

   If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

   A hearing will be held on the trustee's objection and motion will be held on **January 12, 2016 at 10:30 am** at the following address:

   Charles Jonas Federal Building
   Courtroom 1-5
   401 West Trade Street
   Charlotte, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated:  December 09, 2015

                                           Warren L. Tadlock
                                           Standing Chapter 13 Trustee
                                           5970 Fairview Road, Suite 650
                                           Charlotte, NC  28210-2100

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:  CASE NO: 15-31426

Guanah D Davis

SSN# : XXX-XX-8328    DEBTOR

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on December 10, 2015.

L. Pascal
Office of the Chapter 13 Trustee

CAPITAL ONE BANK (USA) NA, PO BOX 71083, CHARLOTTE, NC 28272
CARNEY RADIOLOGY ASSOCIATES, 231 E Main Street, Suite 201, Milford, MA 01757
CAROLINAS HEALTHCARE SYSTEM, PO BOX 96072, CHARLOTTE, NC 28296
CLERK OF COURT MECKLENBURG COUNTY, 832 E 4TH STREET RM 3600, CHARLOTTE, NC 28202
COMCAST, 2060 Bear Village Court, Newberry, SC 29108
DITECH FINANCIAL LLC, PO BOX 6172, Rapid City, SD 57709
Guanah D Davis, 100 Wellington Dr, Salisbury, NC 28144
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
JAMIE A MANSTANDREA, PC, 5200 Rolling Road, Burke, VA 22015
JANINE E DAVIS, 3610 VALEVIEW DR, OAKTON, VA 22124
JEHAN ALLEN, 100 WELLINGTON DR, SALISBURY, NC 28144
MASSACHUSETTS DEPT OF REVENUE, PO BOX 7010, BOSTON, MA
MECKLENBURG COUNTY TAX COLLECTOR, PO BOX 71063, CHARLOTTE, NC 28272
MERRICK BANK, PO BOX 1500, DRAPER, UT 84020
NATIONAL GRID, 300 ERIE BLVD WEST, SYRACUSE, NY 13202
NAVIENT SOLUTIONS INC, EDUCATIONAL CREDIT MANAGEMENT CORP, LOCK BOX 8682, PO BOX 16478, ST PAUL, MN 55116-0478
NAVIENT SOLUTIONS INC, EDUCATIONAL CREDIT MANAGEMENT CORP, PO BOX 16408, ST PAUL, MN 55116-0408
NC DEPT OF REVENUE, PO BOX 1168, RALEIGH, NC 27602
ROWAN COUNTY CLERK OF COURT, 210 N Main Street, Salisbury, NC 28144
ROWAN COUNTY TAX COLLECTOR, 402 N MAIN STREET, SALISBURY, NC 28144
STATE EMPLOYEES CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, PO BOX 25279, RALEIGH, NC 27611
SURGE, PO BOX 8099, NEWARK, DE 19714
SUROVELL ISAACS PETERSON & LEVY, 4010 UNIVERSITY DR #200, FAIRFAX, VA 22030
US ATTORNEYS OFFICE, WESTERN DISTRICT OF NORTH CAROLINA, 227 W TRADE STREET STE 1650, CHARLOTTE, NC 28202
VIRGINIA DEPARTMENT OF REVENUE, PO BOX 1115, RICHMOND, VA 23218
WELLS FARGO BANK NA, PO BOX 19657, IRVINE, CA 92623
WELLS FARGO BANK NA, WELLS FARGO DEALER SERVICES, PO BOX 17900, DENVER, CO 80217-0900

Total Served:28